IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IRIS W. REESE, | : | CIVIL ACTION NO. |
| | : | 1:18-CV-3117-ODE-JSA |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| GEMALTO, doing business as Source One Direct, | : | |
| | : | |
| | : | **FINAL REPORT AND** |
| Defendant. | : | **RECOMMENDATION** |

Plaintiff Iris W. Reese filed the above-captioned action *pro se* on June 28, 2018. In an Order [2] dated July 3, 2018 ("July 3 Order"), the Court granted Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs [1]. The Court advised Plaintiff that officers of the court would effect service of process, and ordered her to complete the USM 285 form, summons, and the initial disclosures form, and to return those forms to the Clerk within twenty-one days from the entry of the Order. July 3 Order [2] at 2. Plaintiff was warned that a failure to comply may result in the dismissal of this action. *Id.* Plaintiff failed to return the USM 285 form, the summons, or the initial disclosures form.

On August 9, 2018, the undersigned issued an Order to Show Cause [4] ("Show Cause Order") requiring Plaintiff to return the forms to the Clerk, or in the alternative, to show cause in writing why this case should not be dismissed for failure

to comply with an Order of the Court, within fourteen days. In the Show Cause Order, Plaintiff was again advised that a failure to comply may result in a dismissal of this action. *See* Show Cause Order [4] at 2. As of this date, Plaintiff has failed to comply with either the July 3 Order or the Show Cause Order.

Local Rule 41.3A(2) provides that a case may be dismissed for failure to prosecute if "[a] plaintiff . . . shall, after notice, . . . fail or refuse to obey a lawful order of the court." LR 41.3A(2), NDGa. In the instant action, Plaintiff has failed to obey two lawful Orders of the Court. Accordingly, because of Plaintiff's failure to comply with either the Court's July 3 Order [2] or the Show Cause Order [4], the undersigned **RECOMMENDS** that this action be **DISMISSED without prejudice** for want of prosecution, pursuant to Local Rule 41.3A(2).

As this is a Final Report and Recommendation, there is nothing further in this action pending before the undersigned. Accordingly, the Clerk is **DIRECTED** to terminate the reference of this matter to the undersigned.

**IT IS SO RECOMMENDED** this 28th day of August, 2018.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE