IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CHAMBERS
U.S.D.C. - Atlanta
SEP 27 2018
James N. Hatten, Clerk
By: [signature] Deputy Clerk

IRIS W. REESE,

    Plaintiff,

v.

GEMALTO, doing business as Source One Direct,

    Defendant.

CIVIL ACTION FILE NO.
1:18-CV-3117-ODE-JSA

## ORDER

This pro se civil action is before the Court on the Final Report and Recommendation of United States Magistrate Judge Justin S. Anand filed August 28, 2018 [Doc. 5] ("R&R"). No objections have been filed.

In the R&R, Judge Anand recommends that this action be dismissed without prejudice. Specifically, Judge Anand found that Plaintiff has not complied with two lawful Orders of the Court despite being warned that failure to comply may result in a dismissal of the case.

The Court having read and considered the R&R and noting the absence of any objections thereto, it is ADOPTED as the opinion and order of the Court. For the reasons set forth in the R&R, this action is DISMISSED WITHOUT PREJUDICE pursuant to Local Rule 41.3.

SO ORDERED, this 27 day of September, 2018.

_____
ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE